TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00516-CV

Texas Lottery Commission, Appellant

v.

K & B Sales, Inc. d/b/a Goodtime Bingo, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 95-15277, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 

PER CURIAM

 Appellant Texas Lottery Commission filed a motion to dismiss this appeal,
attaching a copy of the settlement agreement. No opposition has been filed. We grant the motion
and dismiss this appeal.

Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: January 15, 1998

Do Not Publish